CHRISTOPHER R. THOMSON
Email: ThomsonC@sec.gov
Attorney for Plaintiff
Assistant Chief Litigation Counsel
Division of Enforcement
Securities and Exchange Commission
100 F. Street NE, Mail Stop 5631
Washington, D.C. 20549
Telephone: (202) 551-6173
Facsimile: (703) 813-9365

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) Case No. CV-S-99-00501 (KJD) |
| v. | ) ) |
| RODD BUCKLE, et al., | ) ) |
| Defendants. | ) ) |

## ORDER TO DISBURSE FROZEN FUNDS

This case is before the Court upon Plaintiff-Judgment Creditor's, United States Securities and Exchange Commission ("Commission"), Motion for an Order to Disburse Frozen Funds (ECF No. 82), and the record as a whole. Having considered the Commission's Motion, this Court finds as follows:

1. This Court has jurisdiction over the subject matter of the action and over the Defendant-Judgment Debtor, Rodney Buckle ("Judgment Debtor" or "Buckle").

1. The record establishes that on February 13, 2001, this Court entered a final judgment in favor of the Commission and against the Judgment Debtor which ordered Defendant

ORDER TO DISBURSE FROZEN FUNDS - 1

to pay disgorgement of $2,037,815, including prejudgment interest [1] and a civil penalty of $110,000. Each payment was due by March 16, 2001.

2. On October 16, 2016, the Commission filed two Motion for Writs of Garnishment directed to Bank of America (BofA) and Meadow's Bank ("Meadow's"), respectively (collectively, the "Garnishees"). (ECF Nos. 77-78)

3. On October 24, 2016, the Clerk of this Court issued the Commission's Writs of Garnishment. (ECF Nos. 79-80).

4. The Judgment Debtor has not filed any objection, claim of exemption or any other response to the Commission's Citations.

Now, therefore,

IT IS HEREBY ORDERED that the Motion for an Order to Disburse Frozen Funds is **GRANTED**.

IT IS HEREBY FURTHER ORDERED that the Respondents, Bank of America and Meadow's Bank, shall pay the funds presently held that are owned or owed to Rodney Buckle to the Commission, which shall be delivered or mailed to

>  Enterprise Services Center
>  Accounts Receivable Branch
>  6500 South MacArthur Boulevard
>  Oklahoma City, OK 73169,

---

[1] The Judgment ordered the disgorgement of $2,037,815, plus prejudgment interest thereon, plus interest which has accrued since the judgment became delinquent on March 16, 2001.

ORDER TO DISBURSE FROZEN FUNDS - 2

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Rodney Buckle as a defendant in this action; and specifying that payment is made pursuant to this the Final Judgment entered in this matter.

Dated:  April 1 , 2021

_____
Honorable Kent J. Dawson
United States District Court

ORDER TO DISBURSE FROZEN FUNDS - 3