UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                           Plaintiff,<br><br>   v.<br><br>RODD BUCKLE, et al.,<br><br>                           Defendants. | Case No. 2:99-cv-00501-KJD-LRL<br><br>ORDER – Status Update |

    On February 13, 2001, this Court issued a final judgment in favor of Plaintiff against Defendants, ordering them to pay a disgorgement of $2,037,815, including prejudgment interest and a civil penalty of $110,000. (#48). To satisfy the judgment, collections began in 2005. However, as of 2021, no further filings have been made, and $7,912.37, plus interest, remains uncollected in the registry. Therefore, the Court requests a status update on the disposition of these funds. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff has thirty (30) days from the date of this Order in which to file a status update with the Court.

Dated this 23rd day of September 2024.

                                                           Kent J. Dawson
                                                           United States District Judge