**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | | |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Case No. 2:99-cv-501-KJD** |
| **v.** | ) ) | |
| **MAVEN CAPITAL, CORP., et al.,** | ) ) | |
| **Defendants.** | ) ) | |

**ORDER DIRECTING THE TURNOVER OF FUNDS DEPOSITED IN THE COURT'S REGISTRY TO THE SECURITIES AND EXCHANGE COMMISSION TO REMIT TO THE UNITED STATES TREASURY**

Upon consideration of the motion by Plaintiff Securities and Exchange Commission ("SEC") for an Order directing the turnover of funds, paid to the Clerk of Court and deposited in the Court's Registry or the Court Registry Investment System (together the "CRIS"), to the SEC for remittance to the United States Treasury, and any responses thereto,

IT IS HEREBY ORDERED that Plaintiff's Motion (ECF No. 85) is **GRANTED**;

IT IS FURTHER ORDERED that the Clerk of Court is authorized and directed to turn over to the SEC all funds presently being held in the CRIS in connection with this matter, together with all interest accrued thereon, by check payable to the "United States Securities and Exchange Commission" and mail or deliver the check(s) to the following address:  Enterprise Services Center, Accounts Receivable Branch, 6500 South MacArthur Boulevard, Oklahoma City, Oklahoma 73169.

///

///

IT IS FURTHER ORDERED that upon receipt of such funds the SEC shall remit the funds to the United States Treasury.

SO ORDERED.

UNITED STATES DISTRICT JUDGE

Date:   November 19, 2024